IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALUI ALTON, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 5:19-CV-00070-OLG |
| | § | |
| SEAQUEST MANAGEMENT, INC. and | § | Jury Demanded |
| SEAQUEST INTERACTIVE | § | |
| AQUARIUM FORT WORTH, LLC., | § | |
|     *Defendant*. | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Plaintiff Alui Alton and Defendants SeaQuest Management, Inc. and SeaQuest Interactive Aquarium Fort Worth, LLC., file this Joint Alternative Dispute Resolution Report in the above-entitled and numbered cause and pursuant to Local Rule CV-88 and the Scheduling Order entered in this lawsuit, respectfully showing the Court the following:

1. <u>Status of settlement negotiations</u>: The parties are seeking to set a mediation in this lawsuit to take place in July or August of 2019.

2. <u>Identity of person responsible for settlement negotiations</u>: Alui Alton with the assistance of attorneys Nicholas Kemmy and Christopher McKinney is responsible for settlement negotiations for the Plaintiff, and Vince Covino with the assistance of attorney Michael Galo is responsible for settlement negotiations for the Defendant.

3. <u>Whether alternative dispute resolution is appropriate for this case</u>: Mediation is appropriate in this case.

4. <u>Proposed Mediators:</u> Plaintiff and Defendant agree to the following mediator:

Greg Bourgeois
3825 Lake Austin Blvd. Suite 403
Austin, TX 78703
512-477-9300

5.      This mediator was selected by agreement of the parties.

6.      The mediator will be compensated by each party paying their own portion of the total fee.


Respectfully submitted,


By: */s/ Nicholas A. Kemmy*                         By: */s/ Michael V. Galo, Jr.*
NICHOLAS A. KEMMY                               MICHAEL V. GALO, JR
State Bar No. 24078776                             State Bar No. 00790734
Law Offices of Nicholas A. Kemmy PC          Galo Law Firm, P.C.
1250 N.E. Loop 410, Suite 725                   4230 Gardendale, Bldg. 401
San Antonio, Texas 78209                          San Antonio, Texas 78229
Telephone: (210) 824-3278                         Telephone: (210) 616-9800
Facsimile: (210) 824-3937                         Facsimile: (210)616-9898
nick@kemmyfirm.com                             mgalo@galolaw.com

AND                                                  **COUNSEL FOR DEFENDANT**

By*: /s/ Christopher J. McKinney*
Christopher J. McKinney
State Bar No. 00795516
The McKinney Law Firm, P.C.
21022 Gathering Oak
San Antonio, Texas 78260
Telephone:      (210) 832-0932
Facsimile:      (210) 568-4101
chris@themckinneylawfirm.com

**COUNSEL FOR PLAINTIFF**

Joint ADR Report

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmitted electronically to all ECF participants registered to receive electronic notice in the proceeding in accordance with the applicable Federal Rules of Civil Procedure on May 31, 2019, including the below parties:

MICHAEL V. GALO, JR
Galo Law Firm, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: (210) 616-9800
Facsimile: (210)616-9898
mgalo@galolaw.com

COUNSEL FOR DEFENDANT

*/s/ Christopher J. McKinney*
Christopher J. McKinney