IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALUI ALTON, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 5:19-CV-00070-OLG |
| | § | |
| SEAQUEST MANAGEMENT, INC. and | § | Jury Demanded |
| SEAQUEST INTERACTIVE | § | |
| AQUARIUM FORT WORTH, LLC., | § | |
|     *Defendant*. | § | |

**NOTICE TO COURT REGARDING ATTORNEY UNAVAILABILITY**

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that counsel representing Alui Alton, Christopher J. McKinney, hereby notifies the court and all counsel of record in the above-referenced cause that he will be unavailable on the following dates:

July 10-30, 2019

As such, Attorney for Plaintiff Alton will be unavailable for any hearings, settings, depositions, trials or any other event which would require a responsive pleading or his presence. He is requesting that all counsel of record refrain from scheduling any events during this timeframe that would require his response or presence.

Dated: June 3, 2019                                                                     Respectfully submitted,


                                                            By: */s/ Christopher J. McKinney*
                                                            Christopher J. McKinney
                                                            State Bar No. 00795516
                                                           The McKinney Law Firm, P.C.
                                                           21022 Gathering Oak
                                                           San Antonio, Texas 78260
                                                           Telephone:    (210) 832-0932
                                                           Facsimile:     (210) 568-4101
                                                           chris@themckinneylawfirm.com

                                                           **COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document has been delivered to the following individual(s) by Email and U.S. First Class Mail in accordance with the applicable Federal Rules of Civil Procedure on June 3, 2019:

MICHAEL V. GALO, JR
Galo Law Firm, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: (210) 616-9800
Facsimile: (210)616-9898
mgalo@galolaw.com

COUNSEL FOR DEFENDANT

                                              */s/ Christopher J. McKinney*
                                              Christopher J. McKinney