Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALUI ALTON                                  §
            *Plaintiff,*                     §
v.                                           §        CIVIL ACTION NO. 5:19-CV-00070-OLG
                                             §
SEAQUEST MANAGEMENT, INC. and                §                Jury Demanded
SEAQUEST INTERACTIVE                         §
AQUARIUM FORT WORTH, LLC.,                    §
            *Defendant.*                      §

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE

Before the Court is the above-styled and numbered cause. On this day came to be considered

Plaintiff Alui Alton's Unopposed Motion for Leave to file her First Amended Complaint and Join

Additional Parties. The Court, having considered the motion, the pleadings, and documents on file in

this case, is of the opinion that Plaintiff's motion should be GRANTED.  The Clerk's office is directed

to file Plaintiff's First Amended Complaint.


        SIGNED this _____ day of _____, 2019.



                                    _____
                                    ORLANDO L. GARCIA
                                    CHIEF UNITED STATES DISTRICT JUDGE